IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCOS SANCHEZ,
         Movant,

vs.                                     NO.: 15-CV-1188   JB/SMV
                                              04-CR-01685 JB

UNITED STATES OF AMERICA,
         Respondent.

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

This matter is before the court on defendant's Motion for an extension of time for the filing of Mr. Sanchez's objections to the Court's proposed findings and recommended disposition. The Court, having reviewed the motion and finding good cause shown by the defendant and that the motion is unopposed, the court finds the motion is well taken and should be granted.

IT IS HEREBY ORDERED that Mr. Sanchez's objections are due on or before January 27, 2017.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

Aric E. Elsenheimer
Federal Public Defender
Approved by:

Jack Burkhead
AUSA